**FILED**

OCT 25 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00459-AMO-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR REMAND** |
| FRANK RAYMOND AVINA, | |
| Defendant. | |

IT IS SO ORDERED that the defendant, Frank Raymond Avina, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: October 25, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge